406 A.2d 750

ADOPTION OF RENEE C. J., a minor.

Appeal of LINDA I. V.

Supreme Court of Pennsylvania.

Argued Sept. 25, 1979.

Decided Oct. 23, 1979.

Damon J. Faldowski, Washington, for appellant.

William C. Porter, Peacock, Keller, Yohe, Day & Ecker, Washington, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.